# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW MEXICO

AMANDA LOPEZ-GRANADO,

    Plaintiff,

v.   No: 2:15cv01075 MCA/GFJ

ALLSTATE INSURANCE COMPANY

    Defendant.

## **RULE 41 DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 NMRA, Plaintiff Amanda Lopez-Granado hereby voluntarily dismisses her complaint against Defendant Allstate Insurance Company, with prejudice. Each party will bear their own attorneys' fees and costs.

Respectfully Submitted,

CARTER & VALLE LAW FIRM, P.C.

*Approved via email on 6.10.16*
Richard J. Valle
Matthew J. Zamora
8012 Pennsylvania Circle, NE
Albuquerque, NM 87110

Robert M. Sanchez
708 Sagewood Ct., SE
Albuquerque, NM 87123

*Attorneys for Plaintiffs*

MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.

By: */s/ Jennifer A. Noya*
    Jennifer A. Noya
    500 Fourth Street NW, Suite 1000 (87102)
    P.O. Box 2168
    Albuquerque, New Mexico  87103-2168

*Attorneys for Defendant*

W2716677.DOC